UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNERGY ENTERPRISES OF DELAWARE, LLC, ET AL.,<br><br>        Plaintiffs,<br><br>        vs.<br><br>SPEED RACER ENTERPRISES, INC.,<br><br>        Defendant. | Case No. 2:11-cv-5535-SVW-RZ<br><br>JUDGEMENT |

    Pursuant to this Court's April 26, 2012 Order granting Plaintiffs' motion for default judgment, JUDGMENT IS HEREBY ENTERED in favor of Plaintiffs Synergy Enterprises of Delaware, LLC; Art Asylum Productions, LLC; and Samuel Dalembert, and against Defendant Speed Racer Enterprises, Inc., in the amount of $967,662.27.

DATE: May 9, 2013

                                              HON. STEPHEN V. WILSON<br>                                              UNITED STATES DISTRICT JUDGE